# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-2574
LT Case No. 2019-DP-181

_____

J.M., MOTHER of H.H., S.H., and
C.H., CHILDREN,

    Appellant,

    v.

DEPARTMENT of CHILDREN
and FAMILIES,

    Appellee.

_____

On appeal from the Circuit Court for Hernando County.
Stephen E. Toner, Jr., Judge.

Scott T. Smith, of The Law Office of Scott T. Smith P.A.,
Brooksville, for Appellant.

Rachel Batten, of Children's Legal Services, Department of
Children and Families, Brooksville, for Appellee.

Sara Elizabeth Goldfarb, Statewide Director of Appeals, and
Amanda Victoria Glass, Senior Attorney, of Guardian ad Litem,
Tallahassee, for Guardian ad Litem Program.


January 11, 2024


PER CURIAM.

AFFIRMED.

WALLIS, MACIVER, and PRATT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____